

U.S. Department of Justice

United States Attorney
Northern District of Ohio

Four Seagate, Suite 308
Toledo, Ohio 43604-2624

March 24, 2017

Charles Thomas Barbarotta
867 Seminary Road
Norwalk, Ohio 44857

    Re:    Pending Investigation – Sexual Exploitation/Production of Minors, Sex Trafficking of Minors by Fraud

Dear Mr. Barbarotta:

The Federal Bureau of Investigation has recommended that you be prosecuted for violating federal criminal law, specifically employing or using minors to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and/or sex trafficking of minors facilitated through fraud, in violation of Title 18, United States Code, Section 2251 and/or Section 1591.

If you wish to resolve this case before it is presented to a federal grand jury for indictment, have your attorney contact me as soon as possible. If you cannot afford an attorney, please contact Pam Armstrong, secretary to United States Magistrate Judge James R. Knepp II, to arrange for court-appointed counsel. Ms. Armstrong may be reached at (419) 213-5570.

If I have not heard from your attorney within fourteen days from the date you receive this letter, I will assume that you do not wish to resolve this case and will proceed accordingly.

Very truly yours,

*Tracey Ballard Tangeman* (signature)

Tracey Ballard Tangeman
Assistant U. S. Attorney
(419) 259-6376

Government Exhibit

**A**